No. 25-2050

## UNITED STATES COURT OF APPEALS
### FOR THE EIGHTH CIRCUIT

ARKANSAS CRYPTOMINING ASSOCIATION, on behalf of its members,
Plaintiff-Appellee,

v.

ALAN YORK, in his official capacity as the Director of the Arkansas
Oil and Gas Commission; TIM GRIFFIN, in his official capacity
as the Attorney General of Arkansas,
Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of Arkansas
No. 4:25-cv-00234 (Hon. Kristine G. Baker)

**Unopposed Motion to
Continue Oral Argument**

This appeal is scheduled for oral argument today, Tuesday, April 14, 2026,

before Division I, which is composed of Judges Loken, Shepherd, and Stras.

Last night, counsel for Defendants-Appellants became ill with stomach-bug

symptoms that have not abated. Counsel will not be able to present argument

effectively and will risk exposing others if argument continues as scheduled.

1

Counsel therefore asks the Court to continue this argument for a remote special session in the next couple of weeks, at a future regular session of the Court, or at any other time convenient for the Court.

This motion is made in good faith and will not prejudice any party. Counsel have conferred, and no party opposes this motion.

WHEREFORE, Appellants ask the Court to continue this argument for a remote special session in the next couple of weeks, at a future regular session of the Court, or at any other time convenient for the Court.

Appellate Case: 25-2050    Page: 2    Date Filed: 04/14/2026 Entry ID: 5628586

Respectfully Submitted,

TIM GRIFFIN
  Arkansas Attorney General

NOAH P. WATSON
  Deputy Solicitor General

OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 682-1019
noah.watson@arkansasag.gov

*Counsel for Defendants-Appellants*

3

## CERTIFICATE OF SERVICE

I certify that on April 14, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which notifies any CM/ECF participants of the filing.

*/s/ Noah P. Watson*
Noah P. Watson

## CERTIFICATE OF COMPLIANCE

I certify that this motion, complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 153 words, excluding the parts exempted by Fed. R. App. P. 32(f).

I also certify that the motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because was prepared in 14-point Times New Roman, using Microsoft Word.

I further certify that the PDF was scanned for viruses, and no viruses were found.

*/s/ Noah P. Watson*
Noah P. Watson

4